IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Koleczek, Jason

Printed: 1/15/08

Case Number: 04 B 04602
Judge: Wedoff, Eugene R
Filed: 2/6/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 29, 2007
Confirmed: April 29, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 55,601.58 |  |
| Secured: |  | 50,252.40 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,500.00 |
| Trustee Fee: |  | 2,849.18 |
| Other Funds: |  | 0.00 |
| Totals: | 55,601.58 | 55,601.58 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,500.00 | 2,500.00 |
| 2. | GMAC Mortgage Corporation | Secured | 46,176.73 | 41,016.08 |
| 3. | Capital One Auto Finance | Secured | 15,433.24 | 6,345.56 |
| 4. | GMAC Mortgage Corporation | Secured | 6,000.00 | 2,890.76 |
| 5. | Capital One Auto Finance | Unsecured | 560.18 | 0.00 |
| 6. | Cingular Wireless | Unsecured | 22.05 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 515.04 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 400.67 | 0.00 |
| 9. | American General Finance | Unsecured |  | No Claim Filed |
| 10. | Dish Network | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 71,607.91 | $ 52,752.40 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 7% | 256.39 |
| 4% | 249.30 |
| 6.5% | 751.39 |
| 3% | 145.41 |
| 5.5% | 723.70 |
| 5% | 207.75 |
| 4.8% | 365.65 |
| 5.4% | 149.59 |
|  | _____ |
|  | $ 2,849.18 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Koleczek, Jason

Printed:  1/15/08

Case Number:  04 B 04602
Judge:  Wedoff, Eugene R
Filed:  2/6/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

